UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM M. MCCOOL
CLERK

1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

September 2, 2015

To: Counsel of record and pro se parties

From: Kim Brye, Deputy Clerk

Re: Initial assignment to a United States Magistrate Judge; **Action required.**

The Western District of Washington assigns a wide range of cases to magistrate judges. Magistrate judges thus have wide experience in all types of civil matters filed in our court. Your case has been assigned to United States Magistrate Judge David W. Christel for all purposes, including trial and final entry of judgment. *See* 28 USC 636(c), FRCP 73 and Local MJR 13.

Consent to Judge David W. Christel is voluntary. If a party declines consent, the identity of the parties consenting or declining consent will not be communicated to any judge and the clerk will then immediately reassign the case to a district judge by random selection. Withholding consent will not result in any adverse consequence.

An appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of this district court.

You must return the enclosed form by November 2, 2015 indicating your consent or your request for reassignment to a district judge. Please fax the completed form to Kim Brye, 253−882−3829. OR by mail at Kim Brye, U.S. District Court, 1717 Pacific Avenue, Room 3100, Tacoma, WA 98402 . Or by e−mail to kim_brye@wawd.uscourts.gov.

**Do not electronically file the form with the court.**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN BUFFUM , et al.,

        Plaintiff(s),

  v.

LARRY CARTER, et al.,

        Defendant(s).

CASE NO. 3:15−cv−05613−DWC

CONSENT TO OR DECLINATION OF JURISDICTION OF A MAGISTRATE JUDGE

In accordance with the provisions of 28 USC Section 636(c), FRCP 73 and Local MJR 13, the party/parties to the above captioned matter hereby:

☐ voluntarily consents to have United States Magistrate Judge David W. Christel conduct all further proceedings in this case, including trial and entry of judgment, with direct review by the Ninth Circuit Court of Appeals in the event an appeal is filed.

**OR**

☐ acknowledges the availability of a United States Magistrate Judge but declines to consent and requests the case be reassigned to a United States District Judge.

_____  _____  _____
Attorney/Party's Signature       Party Represented              Date Signed

Please return this form by **November 2, 2015** to the attention of Kim Brye, by FAX at 253−882−3829. OR by mail to CLERK, 1717 Pacific Avenue, Room 3100, Tacoma, WA 98402. Or by e−mail to: kim_brye@wawd.uscourts.gov.

**PLEASE NOTE:** This form must not be electronically filed with the court.