UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN BUFFUM , et al.,

    Plaintiff(s),

  v.

LARRY CARTER, et al.,

    Defendant(s).

CASE NO. 3:15−cv−05613−RJB

MINUTE ORDER REASSIGNING CASE

Pursuant to the Amended General Order 03−12 and a request for reassignment to a district judge having been received, this action is hereby reassigned to Honorable Robert J. Bryan , United States District Judge. All future documents filed in this case must bear the cause number 3:15−cv−05613−RJB and bear the Judge's name in the upper right hand corner of the document.

DATED September 17, 2015

William M. McCool
Clerk of Court

By:  /s/ Kelly A Miller
    Deputy Clerk