HONORABLE DAVID W. CHRISTEL

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN BUFFUM and KRISTINE BUFFUM, husband and wife,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>EMCOR FACILITIES SERVICES, INC., a foreign corporation, J&J MAINTENANCE, INC., a foreign corporation, ABM GOVERNMENT SERVICES, LLC, a foreign limited liability company, f/k/a BMAR & ASSOCIATES, LLC, f/k/a LINC GOVERNMENT SERVICES, LLC, d/b/a EJB FACILITIES SERVICES, a foreign joint venture; EJB FACILITIES SERVICES, a foreign joint venture; LARRY CARTER and JANE DOE CARTER, husband and wife, and the marital community composed thereof,<br><br>　　　　　Defendants. | NO. 3:15-cv-5613 DWC<br><br>NOTICE OF APPEARANCE |

TO:　　　　John Buffum and Kristine Buffum, Plaintiffs

AND TO:　　Michael E. McAleenan, Attorney for Plaintiffs

　　　PLEASE TAKE NOTICE that ABM Government Services LLC, reserving all defenses, including but not limited to defects in jurisdiction and/or service, hereby enters its appearance

NOTICE OF APPEARANCE
3:15-CV-5613-DWC – 1

032491.000003 561235.docx

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98161-1087
(206) 292-4900; FAX (206) 223-0152

of record in the above-entitled cause, by its undersigned attorneys, and requests that all further pleadings and papers therein, exclusive of original process, be served upon said attorneys at their office address below designated.

DATED this 24th day of September, 2015.

REED McCLURE

By s/ Jason E. Vacha
Jason E. Vacha, WSBA #34069
Attorney for ABM Government Services, LLC

NOTICE OF APPEARANCE
3:15-CV-5613-DWC – 2

032491.000003 561235.docx

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

# CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2015 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael McAleenan
Smith Alling, P.S.
1501 Dock Street, Suite 3
Tacoma, WA  98402-3209
mmc@smithalling.com

DATED September 24, 2015.

                                *s/ Jessica Pitre-Williams*
                                Jessica Pitre-Williams

NOTICE OF APPEARANCE
3:15-CV-5613-DWC – 3

032491.000003 561235.docx

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98161-1087
(206) 292-4900; FAX (206) 223-0152