Hon. Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN BUFFUM and KRISTINE BUFFUM, husband and wife,<br><br>                    Plaintiffs,<br><br>   v.<br><br>EMCOR FACILITIES SERVICES, INC., a foreign corporation, J&J MAINTENANCE, INC., a foreign corporation, ABM GOVERNMENT SERVICES, LLC, a foreign limited liability company, f/k/a BMAR & ASSOCIATES, LLC, f/k/a LINC GOVERNMENT SERVICES, LLC, d/b/a EJB FACILITIES SERVICES, a foreign joint venture; EJB FACILITIES SERVICES, a foreign joint venture; LARRY CARTER and JANE DOE CARTER, husband and wife, and the marital community composed thereof,<br><br>                  Defendants. | No. 3:15-cv-05613-RJB<br><br>ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT |

THIS MATTER coming on to be heard before the undersigned judge of the above-entitled court based upon the Stipulation of the parties, and the court being fully advised in the premises, NOW, THEREFORE, it is hereby

ORDER GRANTING LEAVE TO
FILE AMENDED COMPLAINT – Page 1
(Cause No. 3:15-cv-05613-RJB)

SMITH | ALLING PS
ATTORNEYS AT LAW

1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

1  ORDERED, ADJUDGED AND DECREED that in consideration of Defendant EJB Facilities Services and Larry Carter's admissions, representations, and Stipulations filed herein, Plaintiff is granted leave to file the Amended Complaint attached to the parties' Stipulation therefor removing all other Defendants except EJB Facilities Services, Larry Carter, and Jane Doe Carter.

DONE IN OPEN COURT this 20th day of October, 2015.

*[signature]*

ROBERT J. BRYAN
United States District Judge

Presented by:

SMITH ALLING, P.S.

By *s/ Michael E. McAleenan*
   Michael E. McAleenan, WSBA #29426
   Attorneys for Plaintiff

APPROVED AS TO FORM; NOTICE OF PRESENTATION WAIVED.

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE, LLP

By *s/ Steven W. Fogg*
   Steven W. Fogg, WSBA #23528
   Attorney for Defendants

ORDER GRANTING LEAVE TO
FILE AMENDED COMPLAINT – Page 2
(Cause No. 3:15-cv-05613-RJB)



SMITH ALLING PS
ATTORNEYS AT LAW
1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123