Hon. Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN BUFFUM and KRISTINE BUFFUM, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>EJB FACILITIES SERVICES, a foreign joint venture; and LARRY CARTER and JANE DOE CARTER, husband and wife, and the marital community composed thereof,<br><br>Defendants. | No. 3:15-cv-05613-RJB<br><br>STIPULATION FOR ORDER |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that due to the onset of Alzheimers, Defendant Larry Carter is not medically fit to participate in depositions, discovery, and/or testify in these proceedings.

DATED this 20th day of May, 2016.

SMITH ALLING, P.S.

By [signature]
Michael E. McAleenan, WSBA #29426
Attorney for Plaintiffs

SMITH ALLING PS
ATTORNEYS AT LAW
1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123

DATED this 26th day of May, 2016.

HITT HILLER MONFILS WILLIAMS, LLP

By ______________________________
Scott T. Schauermann, WSBA #26785
Attorney for Defendants

STIPULATION FOR ORDER – Page 2
(Cause No. 3:15-cv-05613-RJB)

SMITH ALLING PS
ATTORNEYS AT LAW

1501 Dock Street
Tacoma, Washington 98402
Telephone: (253) 627-1091
Facsimile: (253) 627-0123